**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE HARRIS AGENCY, LLC, | : | BANKRUPTCY |
|    Debtors. | : | |
| _____ | : | NO. 09-10384 |
| | : | |
| PAUL J. WINTERHALTER, P.C. | : | |
|    Appellant, | : | CIVIL ACTION |
| | : | |
|         v. | : | NO. 11-4525 |
| | : | |
| OFFICE OF THE UNITED STATES | : | |
| TRUSTEE, et al., | : | |
|    Appellees. | : | |

**<u>ORDER</u>**

     **AND NOW**, this __17th__ day of ___November__ 2011, it is **ORDERED** that the bankruptcy court's order entered on June 3, 2011 is **AFFIRMED**.

                                                                                  s/Anita B. Brody

                                                                _____
                                                                ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                            Copies **MAILED** on _____ to: