## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| THE HARRIS AGENCY, LLC,<br>    Debtors. | : | BANKRUPTCY |
| _____ | : | NO. 09-10384 |
| PAUL J. WINTERHALTER, P.C.<br>    Appellant, | : | CIVIL ACTION |
| v. | : | NO. 11-4525 |
| OFFICE OF THE UNITED STATES<br>TRUSTEE, et al.,<br>    Appellees. | : | |

## ORDER

**AND NOW**, this __17th__ day of ___November__ 2011, it is **ORDERED** that the bankruptcy court's order entered on June 3, 2011 is **AFFIRMED**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

1